G. W. GLEATON and W. W. BRASWELL, for plaintiff.
JOHN S. CANDLER, for defendants.

---

### WILCOX et al. v. MIMS.

SIMMONS, J.—The exercise of due diligence would have enabled the
party and his counsel to know before announcing ready for trial
whether interrogatories taken in the cause were in the clerk's
office or not; and hence the discovery while the trial was in prog-
ress that they were not there, was not such cause for continuance
as would render erroneous a refusal to grant it by the presiding
judge in the exercise of his discretion. The request to charge, be-
ing partly correct and partly incorrect, was properly refused. The
verdict was warranted by the evidence, and there was no error in
denying a new trial.                                *Judgment affirmed.*
October 22, 1894.

Action for damages. Before Judge SWEAT. Coffee
superior court. April term, 1894.

G. J. HOLTON & SON, for plaintiffs in error.
E. D. GRAHAM, contra.

---

### WHITNEY v. GIBSON et al.

SIMMONS, C. J.—The evidence was conflicting, but that introduced
for the defendants was sufficient to sustain the verdict. There
was no material error of law, and the newly discovered evidence,
in view of the counter-showing, would not probably change the re-
sult. This court will not, therefore, overrule the discretion of the
presiding judge, who was satisfied with the verdict, in refusing a
new trial.                                         *Judgment affirmed.*
December 21, 1894.

Complaint on account. Before Judge CLARK. New-
ton superior court. March term, 1894.

T. SPEARMAN and E. F. EDWARDS, for plaintiff.
J. F. ROGERS and L. L. MIDDLEBROOK, for defendants.